```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    CATHLEEN PENNEY DEMANT
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  TIMOTHY RUELAS

 9

10              IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,       ) Cr. S. 10-083-DAD
15                                  )
                   Plaintiff,       )
16                                  ) STIPULATION AND ~~PROPOSED~~ DAD ORDER TO
         v.                         ) VACATE JURY TRIAL AND TO SET
17                                  ) HEARING ON MOTION TO SUPPRESS
    TIMOTHY RUELAS,                 ) EVIDENCE AND BRIEFING SCHEDULE
18                                  )
                   Defendant.       ) Date: May, 4 2010
19                                  ) Time: 10:00 a.m.
                                    ) Judge: Hon. Dale A. Drozd
20  _____)

21
```

22      The United States of America, through MATTHEW C. STEGMAN,

23  Assistant United States Attorney, together with defendant, TIMOTHY

24  RUELAS, by counsel LAUREN CUSICK, Office of the Federal Defender,

25  stipulate to vacate the trial confirmation hearing set for May 4, 2010,

26  at 10:00 a.m. and the jury trial set for May 17, 2010 at 10:00 a.m.,

27  and set this case for hearing defendant's motion to suppress evidence

28  on June 22, 2010 at 10:00 a.m.

| | |
|---|---|
| 1 | The parties agree that the ends of justice served by granting |
| 2 | defendant's request for a continuance outweigh the best interest of the |
| 3 | public and the defendant in a speedy trial.  The parties stipulate that |
| 4 | for the purpose of computing time under the Speedy Trial Act, the Court |
| 5 | should exclude time from the date of this order through June 22, 2010, |
| 6 | for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code |
| 7 | T4].  The parties further stipulate that the Court should exclude time |
| 8 | through June 22, 2010, for pretrial motions. 18 U.S.C. § 3161 (h)(1)(F) |
| 9 | [Local Code E]. |
| 10 | The parties stipulate to the following briefing schedule: |
| 11 | Defendant's Motion due . . . . . . . . . . . . . . May 11, 2010 |
| 12 | Government's Response due . . . . . . . . . . . . June 1, 2010 |
| 13 | Defendant's Reply due . . . . . . . . . . . . . . June 15, 2010 |
| 14 | Motion Hearing . . . . . . . . . . . June 22, 2010 at 10:00 a.m. |
| 15 | |
| 16 | The parties agree that the Court may set the jury trial following |
| 17 | the motion hearing. |
| 18 | Dated:  April 29, 2010 |
| 19 | Respectfully submitted, |
| 20 | DANIEL J. BRODERICK<br>Federal Defender |
| 21 | |
| 22 | /s/ Lauren Cusick<br>LAUREN CUSICK |
| 23 | Assistant Federal Defender<br>Attorney for Defendant |
| 24 | TIMOTHY RUELAS |
| 25 | Dated: April 29, 2010    BENJAMIN WAGNER |
| 26 | United States Attorney |
| 27 | /s/ Matthew C. Stegman |
| 28 | MATTHEW C. STEGMAN<br>Assistant U.S. Attorney |

Stipulation and Proposed Order       -2-

ORDER

IT IS SO ORDERED.

Dated: 4/29/10

*[signature]*
HON. Dale A. Drozd
United States Magistrate Court

Stipulation and Proposed Order    -3-