

FILED
JUN 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   AKIO KATANO
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  TIMOTHY J. RUELAS

9

10
                  IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,       )  No. CR-S-10-083 DAD
15                                 )
                                   )
16            Plaintiff,            )  Stipulation and [~~Proposed~~] *DAD* Order
                                   )  to Continue Deadline to File
17       v.                         )  Reply to Government's Opposition
                                   )  to Defendant's Motion to Suppress
18  TIMOTHY J. RUELAS,             )  Statements
                                   )
19                                 )  Date:  6/22/2010
              Defendant.           )  Time:  10:00 a.m.
20                                 )  Judge: Hon. Dale A. Drozd
                                   )
21  _____

22
        It is hereby stipulated and agreed to between the United States of
23
   America, through MATTHEW C. STEGMAN, Assistant United States Attorney,
24
   and defendant, TIMOTHY J. RUELAS, by and through his counsel, LAUREN
25
   CUSICK, that the deadline for the filing of the reply to the
26
   government's opposition of the defendant's Motion to Suppress
27
   Statements be continued for an additional day.  The parties agree that
28

1 | defendant's reply will now be due on June 16, 2010.

2 |     This continuance is being requested to allow the filing of the
3 | defendant's reply, as the certified student law clerk responsible for
4 | the reply had not learned how to use Electronic Case Filing after
5 | business hours.

7 | Dated: June 16, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
_____
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
TIMOTHY J. RUELAS

Dated: June 16, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
DALE A. DROZD
United States Magistrate Judge