DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
AKIO KATANO
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY J. RUELAS



FILED
JUL 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       Plaintiff,    v.  TIMOTHY J. RUELAS,       Defendant. | No. 2:10-cr-083-DAD  AMENDED STIPULATION AND ~~PROPOSED~~ *DAD* ORDER TO CONTINUE CHANGE OF PLEA  Date: July 13, 2010 Time: 10:00 AM Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, TIMOTHY J. RUELAS, by and through his counsel, LAUREN CUSICK, that the change of plea calendared for July 13, 2010 at 10:00 AM be continued to July 27, 2010 at 10:00 AM. The parties require additional time to discuss the resolution of the case and to convey the offer to the defendant.

1 | The parties stipulate that for the purpose of computing time under
2 | the Speedy Trial Act, the Court should exclude time from the date of
3 | this order until July 27, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
4 | [Local Code T4].
5 |    18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated: July 12, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
_____
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
TIMOTHY J. RUELAS

Dated: July 12, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Stegman
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: July 12, 2010

_____
DALE A. DROZD
United States Magistrate Judge

Name of Pleading                                    -2-