

**FILED**

OCT - 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   GINA LE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   TIMOTHY RUELAS
8

9
              IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,        )  No. Cr.S-10-083 DAD
13                                  )
                 Plaintiff,         )
14                                  )  STIPULATION AND ORDER
        v.                          )
15                                  )
   TIMOTHY RUELAS,                  )  Date:  October 12, 2010
16                                  )  Time:  10:00 a.m.
                 Defendant.         )  Judge: Hon. Dale A. Drozd
17                                  )
   _____)
18

19
20      IT IS HEREBY STIPULATED between the parties through their

21 respective counsel, Matthew C. Stegman, Assistant United States

22 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

23 attorney for TIMOTHY RUELAS, that the Court vacate the defendant's

24 sentencing date for October 12, 2010.  The defendant respectfully

25 requests the Court extend the defendant's sentencing date to November

26 30, 2010 at 10:00 a.m.

27      Recently, tragic events have occurred in Mr. Ruelas family.  One

28 of the events involved a medical emergency with his mother, who is his

1 | only form of reliable transportation.  Therefore, the defendant
2 | respectfully requests the Court extend his sentencing date to
3 | November 30, 2010.

Dated: October 4, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TIMOTHY RUELAS

Dated: October 4, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Stegman
_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 5, 2010

_Dale A. Drozd_
Dale A. Drozd
United States Magistrate